UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO BONNY E-HOME CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships<br>Defendants. | Case No. 2:24-cv-00568 |

(PROPOSED) ORDER

Plaintiff's REVISED MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4 (f) (3) is hereby granted, and service of the Summons, the Complaint, discovery, and future filings in this matter upon each Defendant in this action via e-mail to Defendants email accounts as listed and shown in Attachment A and also by publication at the designated website www.raychaniplaw.com.

| | |
|---|---|
| 1 | Dated: |