RayChan IP Law Firm 108 N. Ynez Ave., Suite 128
Monterey Park, CA 91754, U.S.A.
Tel: 1-626-571-9812
Fax: 1-626-571-9813

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO BONNY E-HOME CO., LTD. <br><br><br> Plaintiff, <br><br> v. <br><br> ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships <br> Defendants. | Case No.  2:24-cv-00568 CB |

## NOTICE OF PLAINTIFF INTENTIONS

This is a clarification and notification in response to the Court's Order No 10 wherein the Court directed Plaintiff to examine the Order and provide its notice of intentions to the Court,

Accordingly, Plaintiff counsel provided to Plaintiff the Order No 10 for examination, On March 20, 2025, Plaintiff submitted a Declaration concerning the requisite review and understanding of the Court's Order. As part of the Declaration, Plaintiff declared its intentions concerning proceeding with this case. That Declaration may have served as sufficient response.

However, this submission, NOTICE OF PLAINTIFFS INTENTIONS, is meant to clearly apprise the Court in conjunction with the Declaration filed on March 20, 2025, as ECF Docket No. 11.

As formal notice and clarification of the intentions of Plaintiff has specifically directed counsel to continue pursuing this case by filing a revised request for alternative service in accordance with the Court's directive concerning deficiencies. That has been filed on March 20, 2025, as ECF Docket No. 12.

In addition, Plaintiff has directed legal counsel to review carefully the Courts Order and file a revised Motion for Temporary Injunction that satisfies legal standards so that Plaintiff's company may get a break from the losses from infringing sales.

Respectfully submitted,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: March 28, 2025

/s/Patricia Ray

_____

Attorney for Plaintiff
On behalf of
Rayhan IP Law firm
108 N. Ynez Ave., Suite 128

Monterey Park, CA 91754

Tel: 1-626-571-9812


_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28