UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO BONNY E-HOME CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships<br>Defendants. | Case No. 2:24-cv-00568 |

## ORDER

Plaintiff's REVISED MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4 (f) (3) is hereby granted, and service of the Summons, the Complaint, discovery, and future filings in this matter upon each Defendant in this action via e-mail to Defendants email accounts as listed and shown in Attachment A and also by publication at the designated website www.raychaniplaw.com.

In Attachment A (Doc. 12 at ECF-header page 12 of 12), the email address listed for BOWANJIE has a typographical error, "853601185@qq,com" (comma instead of period). Plaintiff's counsel shall ensure that this is corrected for the purposes of email service.

IT IS SO ORDERED.

April 1, 2025                              s/Cathy Bissoon
                                           Cathy Bissoon
                                           United States District Judge

cc (via ECF email notification):

All Counsel of Record