Patricia Ray (Pa Bar No 31989)
RAYCHAN I.P. LAW FIRM, PLLC
5 Old Mill Road Freeport PA 16229
Telephone: (215) 908-6810
Email: raypatricia@yahoo.com

Attorney for Plaintiff
Ningbo Bonny e-Home Company Ltd.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO BONNY E-HOME CO., LTD. | Case No. 2:24-cv-00568 CB |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships Defendants. | |

DECLARATION OF ALTERNATIVE SERVICE OF PROCESS UNDER ORDER 14

This Declaration attests that Defendants in this case have been subject to alternative service of process under Court's Order No 14 as follows:

1. <u>Publication</u>

All Defendants have been served by publication the Complaint.as filed on May 19, 2024 and the Summons issued by the Court through on the website www.Raychaniplaw.com under the tab "Newsletter & Litigation filings & Case Updates"

2. <u>Service by email</u>

Service by email on respective Defendants has been accomplished as follows:

On April 2, 2025, Defendants ONDWAY, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER were served by emails with <u>attachments of the</u> Complaint as filed on May 19, 2024, and the Summons issued by the Court. Screenshots of those emails are submitted with this Declaration.

On April 3 and April 4, 2025, Defendants POOLCLEAN US STORE, USA WAREHOUSE have been served by emails with <u>attachments of the</u> Complaint as filed on May 19, 2024, and the Summons issued by the Court. Screenshots of those emails are submitted with this Declaration.

Contact for Defendant Motobuddy is not available

I hereby declare that the facts stated above are true and correct subject to penalty for perjury.

Respectfully submitted,

/s/Patricia Ray
Attorney for Plaintiff
RAYCHAN I.P. LAW FIRM, PLLC

-2-

Dated: April 6, 2025

-3-