Defendant Ondaway Service of Complaint and Summons in case 2:24-cv-0568 US Federal Western District of Pennsylvaania NINGBO BONNY E-HOME CO., LTD. v. Ondaway et al

Yahoo/Sent

- 

**Patricia ray**

**From:**raypatricia@yahoo.com

**To:**1224597612@qq.com,lorien7832@163.com,zekes@qq.com

**Cc:**Raymond Chan

**Bcc:**Joanne Zheng

Wed, Apr 2 at 2:23 PM


Dear Defendant Ondaway

By Order No 14 of the Federal District Court of Western Pennsylvania you are hereby being officially served by

NINGBO BONNY E-HOME CO., LTD. with a Summons and Amended Complaint in that case. You are required to answer the Complaint or otherwise you will be in default. The details an answer in this matter are contained in the Summons. You may also contact this email for further information.

In addition, the Summons and Amended Complaint are being served to you by publication on the website  www.raychaniplaw.com.

Pease see the attached documents below

Sincerely

Patricia Ray

Attorney for Ningo Bonny Ehome

Download all attachments as a zip file

- Amended Complaint.pdf

  3.1MB

- filed summons may 19 (1).pdf

  66.7kB