1

2  Patricia Ray (Pa Bar No 31989)
3  RAYCHAN I.P. LAW FIRM, PLLC
   5 Old Mill Road Freeport PA 16229
4  Telephone: (215) 908-6810
   Email: raypatricia@yahoo.com
5

6  Attorney for Plaintiff
   Ningbo Bonny e-Home Company Ltd.

7
                       UNITED STATES DISTRICT COURT
8                     WESTERN DISTRICT OF PENNSYLVANIA

9

10 | NINGBO BONNY E-HOME CO., LTD. | Case No. 2:24-cv-00568 |
   |---|---|
   | Plaintiff, | NOTICE OF APPLICATION |
   | v. | |
   | ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships | |
   | Defendants. | |

NOTICE OF APPLICATION FOR 1) TEMPORARY RESTRAINING ORDER; 2) ORDER RESTRAINING ASSETS AND STOREFRONTS; AND 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

-1-

Plaintiff now moves this Court for an Order granting their Application for: 1) a temporary restraining order; 2) an order restraining assets and Merchant Storefronts; 3) an order to show cause why a preliminary injunction should not issue. The legal support for this motion is contained in the accompanying Memorandum of Law. The evidence supporting this motion is contained in the Declarations of President Hong and Raymond Chan, and the exhibits attached thereto. A proposed order is filed herewith.

Respectfully submitted,

/s/Patricia Ray
Attorney for Plaintiff
RAYCHAN I.P. LAW FIRM, PLLC

Dated: April 25, 2025