UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO BONNY E-HOME CO., LTD., a corporation of China<br><br>Plaintiff,<br><br>v.<br><br>ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships<br>                    Defendants. | Case No. 2:24-cv-00568<br><br>DECLARATION OF RAYMOND CHAN |

DECLARATION OF RAYMOND CHAN

I, Raymond Chan, hereby declare as follows:

1

1. I am over 18 years old and am providing this Declaration concerning facts within my personal knowledge to which I could testify if asked about and in support of Plaintiff's application for: 1) a temporary restraining order; 2) an order restraining assets and of Defendants online Storefronts; and 3) an order to show cause why a preliminary injunction should not issue in light of Defendants' intentional and willful offerings for sale and/or sales of infringing products.

2. I am a practitioner in the intellectual property field and work with the RayChan I.P. Law Firm to provide support to the attorneys, and have particularly been working with the Plaintiff, Ningo Bonny eHome in the present case, including the prosecution of the subject design patent no. D985,947.

3. I have assisted Plaintiff in protection of intellectual property and patent matters. I have assisted Plaintiff in organizing the technical documentation that ultimately became the design patent, which is the subject of the present case.

4. I have also done internet research on the internet marketplace for this infringement case, specify to understand how Defendants have copied Plaintiff's product in violation of Plaintiffs design patent by selling in the United States products which infringe the subject design patent. Plaintiff has a very good and popular pool brush product, which the Defendants have copied and put online to offer for sale. However, the defendants' sales of products that copy Plaintiffs design have grown steadily 2024 throughout 2022, 2023 and 2024, as shown in the following storefront information on Amazon. Now 2025 the sales have taken over 70 percent of Plaintiffs revenues.

| SELLER | BRAND | ASIN | ITEM SOLD | STORE SALES | 2022 Item Sold | 2022 Store Sales ($) | 2023 Item Sold | 2023 Store Sales ($) | 2024 Item Sold | 2024 Store Sales ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ondway | LALAPOOL | B0C3HQGXB1 | 1550 | $628,465.78 | / | / | 53207 | 1336625.99 | 43876 | 727469.48 |
| Unipool US Direct Store | Unipool | B0C1BYLN4Q | 4800 | $1,211,365.18 | / | / | 7096 | 191850.72 | 29125 | 496016.3 |
| | | B0C1C1C1XT | 8500 | | | | | | | |
| | | B0BQJM1DVM | 5000 | | | | | | | |
| | | B0C1BZ72XX | 3700 | | | | | | | |
| | | B0D86L4P1F | / | | / | / | / | / | / | / |

| SELLER | BRAND | ASIN | ITEM SOLD | STORE SALES | 2022 Item Sold | 2022 Store Sales ($) | 2023 Item Sold | 2023 Store Sales ($) | 2024 Item Sold | 2024 Store Sales ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Usa Warehouse | Tenrry | B0BXKPZQM8 | 1200 | / | / | / | 2248 | 51491.76 | 1447 | 14552.19 |
| | | B0BXKVNJZP | 400 | | / | / | 2248 | 68716.06 | 1447 | 19679.74 |
| BOWANJIE | Poolergetic | B0BZ3C292B | / | / | / | / | 153 | 3594.25 | 60 | 0 |
| | | B0BYZHNFPH | / | | / | / | 143 | 3499.08 | 60 | 0 |
| Inpool US Store | Unipool | B0BQJMHV5K | / | / | / | / | 7450 | 90299.24 | 10222 | 57032.24 |
| Dewfond | Dewfond | B0C2K98FVF | 350 | $134,083.19 | / | / | 296 | 7743.67 | 1673 | 33726.58 |

| SELLER | BRAND | ASIN | ITEM SOLD | STORE SALES | 2022 Item Sold | 2022 Store Sales ($) | 2023 Item Sold | 2023 Store Sales ($) | 2024 Item Sold | 2024 Store Sales ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| DIGIGER | TONGYI | B0C6JVCNT8 | / | / | / | / | 129 | 3075.83 | 94 | 1133.46 |
| | | B0C6JVPTRL | 150 | | / | / | 129 | 3079.09 | 94 | 787.19 |
| MOTORBUDDY | MOTORBUDDY | B0CDGJJ36K | 1000 | $581,443.26 | / | / | 33 | 989.67 | 840 | 24409.3 |
| BSJYIFAN | BSJYIFAN | B0D4Q6L92T | 200 | $107,334.26 | / | / | / | / | 415 | 16103.97 |
| Tendawell | Tendawell | B0DFQ2JD3D | / | $11,514.67 | / | / | / | / | 24 | 927.06 |
| | | B0DD7HS4T9 | / | | / | / | / | / | 73 | 1464.19 |

3

5. According to the following data information provided by the plaintiff from the Enterprise Resource Planning (ERP), which is a software system that organizations use to manage and integrate the core parts of plaintiff's business, the business of the plaintiff suffers huge economic losses due to the infringing activities of the defendants.





When Plaintiff learned that certain of the Defendants had started copying and selling pool brushes that infringe the design patent, I was asked to help track down these activities. With the information gained from my research, Plaintiff has been able to track  Defendants' offers and sales of infringing products have damaged Plaintiff's  business because they look the same and consumers probably think that it is the same product that is being offered to them.   Plaintiff has experienced reduced revenues that I attribute to the infringing products being sold on the market.

In 2022 year:

In view of the above ERP business reports of Ningbo Bonny eHome for the years 2022-2024, the plaintiff shows a high level of revenue in 2022 form the company's two products for two pool brush products branded Poolvio and covered by the design of the design patent no. D985,947.  The sales volume from in 2022 were11821 units ordered of the first product 1 and 2499 units of the second product. The Revenue from these two products, as shown, was $430899.76 for the first Product and  $64890.10 for the second product.

In 2023 year:

The plaintiff's sales fell off in 2023.  The volume of product for the first product fell to 10456 units and the second product fell to 3994 units.  The revenue from the first product fell to $315725.32 and the second product fells to $121759.98.

In 2024 year:

The plaintiff's sales significantly fell again in 2024.  The volume of the first product fell to 4462 units the the second product fell to only 2529 units.  The Revenue from the first product fell to $100256.20 and the second product fell to $55547.64.

These figures show a dramatic loss that is a least 70% of sales measured by sales volume and by revenue decline. This decline may continue and make it difficult for the company to cover its cost of business.

6. My Internet research has led me to understand Internet commerce and how the Defendants are selling their infringing products. Based upon my personal experience in reviewing internet commerce I have learned the following facts:

    a. Defendants selling on Internet marketplaces such as Amazon, com and eBay do not display their registered business name or trade name, contact name, complete address, phone numbers, or any other contact information. Thus, Defendants are able to anonymously sell their Infringing Products.

    b. Likewise, these Defendants typically use shipping services provided by the marketplace where their sites are located.

    c. Defendants use the financial services provided by the marketplace to collect and store payments for the goods marketed on the site.

    d. From my review of other legal cases, I learned that it may be difficult to stop the copycats but an effective way to stop the infringing activities is to freeze the assets and block sales from a seller.

7. From what I have learned in my research, Defendants maintain on their commercial sites' financial balances from their sales of the products, which financial assets may be accessed and frozen to cover recompensation of the unauthorized sales.

8. I also understand that marketplaces such as Amazon and eBay will take steps to block and deter infringing sales such as those by Defendants if they are provided with a judicial order or Court injunction such as the ones sought by Plaintiff in this case.

I declare under penalty of perjury that the foregoing is true and correct from my personal knowledge.

Executed at Monterey Park, California

May 01, 2025

_____
Raymond Y Chan