UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NGBO BONNY E-HOME CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>NDWAY, POOLCLEAN US STORE, USA WAREHOUSE, WANJIE, INPOOL US STORE, DEWFOND, DIGIGER, OTOBUDDY STORE, and et al. Individual, Partnerships<br>Defendants. | Case No. 2:24-cv-00568<br><br>APPLICATION/REQUEST FOR ENTRY OF DEFAULT |

## APPLICATION FOR ENTRY OF DEFAULT

TO CLERK,

FEDERAL DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

Please enter the default of all of the Defendants except Motobuddy pursuant to Rule 55(a) of the Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein from and the declaration of Attorney Patricia Ray.

A proposed Order is also provided herewith

Dated: May 16, 2025                   By:__/s/ Patricia Ray_____

                                                             Attorney for Plaintiff