UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NGBO BONNY E-HOME CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, OTOBUDDY STORE, and et al. Individual, Partnerships Defendants. | Case No. 2:24-cv-00568<br><br>DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |

1. I am the attorney for Plaintiff in this action.

2. This action was commenced alleging the Defendants' patent infringement.

3. The Court's Order No 7 allowed alternative service of the Summons and Complaint which was accomplished as in Return of Service in Order No 7, excluding Defendant Moto Buddy.

4. The time for Defendants to answer or otherwise defend in this action was set by Court Order no. 13 as April 24 and April 25. That time has expired.

5. None of the Defendants have answered or otherwise moved with respect to responding or defending from the Complaint. The time to do so has expired.

6. Therefore, the following Defendants are in Default in this matter ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, and DIGIGER.

7. None of these defendants are known to be an infant or incapacitated.

WHERERFORE, Plaintiff requests that the default of Defendants ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGE be entered in this matter.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Date: May 16, 2025     /s/ Patricia Ray

Case 2:24-cv-00568-CB   Document 21-1   Filed 05/16/25   Page 2 of 2