UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NGBO BONNY E-HOME CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships<br><br>Defendants. | Case No. 2:24-cv-00568<br><br>PROPOSED DEFAULT ORDER |

PROPOSED DEFAULT ORDER

    Plaintiff has applied for an Order of Default against all of the Defendants except Motobuddy on the basis that they have each been served with the Complaint and Summons but have not answered or otherwise defended in this case. Plaintiff attorney has provided a declaration of the supporting facts.

    Accordingly, the Clerk of Court is hereby Ordered to enter default against the following Defendants in this matter: ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, and DIGIGER.

    So ordered, <u>Cathy Bisson, Judge</u>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA