# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO DONGCHUAN SWIMMING POOL EQUIPMENT CO., LTD )<br>)<br>vs. )<br>)<br>ONDWAY et al )<br>)<br>) | Civil Action No. 24-cv-568 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF** JIANYIN LIU

    [Affiant], undersigned counsel for [Plaintiff/Defendant] BOWANJIE, hereby moves that [Affiant] be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] BOWANJIE in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 05/24/2025

s/ JIANYIN LIU

[Affiant's name] (Bar. ID NO. _____)
[Affiant's Address/Contact Details]
   1007675 (Florida Bar)
*Counsel for [Plaintiff/Defendant]*

15750 SW 92ND AVE UNIT 20C,
PALMETTO BAY, FL 33157
EMAIL: JAMESLIULAW@GAMIL.COM
Phone: 305 -209-6188