# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**JIANYIN LIU**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **APRIL 19, 2018,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this* **MAY 8, 2025.**

_____
*Clerk of the Supreme Court of Florida*