UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO BONNY E-HOME CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>ONDWAY STORE, and etal.<br><br>Defendants. | Case No.  2:24-cv-00568<br><br>REQUEST FOR ENTRY OF DEFAULT |

REQUEST FOR ENTRY OF DEFAULT

TO CLERK, FEDERAL DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

Please enter the default of all of the Defendants except Defendant  Motobuddy Store  pursuant to Rule 55(a) of the Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein from and the attached Declaration of Attorney Patricia Ray.

Dated: May 25, 2025                    By:   /s/ Patricia Ray_____

                                       Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that all Defendants are being  served on this date by email and publication  in accordance with Order No 7 of this Court.

Date: May 25, 2025                     _/s/ Patricia Ray_____