Patricia Ray, Esq.
email: raypatricia@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO BONNY E-HOME CO., LTD., a corporation of China<br><br>Plaintiff,<br><br>v.<br><br>ONDWAY, POOLCLEAN US STORE, USA WAREHOUSE, BOWANJIE, INPOOL US STORE, DEWFOND, DIGIGER, MOTOBUDDY STORE, and et al. Individual, Partnerships<br>Defendants. | Case No. 2:24-cv-00568<br><br>Notice of Voluntary Dismissal of Defendant Bowanjie |

Pursuant to Federal Rule of Civil Procedure 41 concerning Dismissal of Actions, Plaintiff requests that the Court dismiss Defendant Bowanjie from this case. This motion for dismissal is made upon the parties' resolution of issues and their agreement to dismiss.

Plaintiff and Defendant have agreed to this dismissal of Bowanjie as a Defendant and that the caption to the case will nonetheless stay the same.

        Respectfully submitted,
        <u>/Patricia Ray/</u>
        Patricia Ray
        Attorney for Plaintiff

Certificate of Service

I certify that this Motion for Voluntary Dismissal of Defendant Bowanje has been electronically filed on August 19, 2025, and has thereby been made available though the ECH system.

<u>Patricia Ray</u>