IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NINGBO BONNY E-HOME )
CO., LTD. )
                     )
         vs.         )   Civil Action No. 2:24-CV-00568
                     )
ONDWAY, ET AL.       )
                     )
                     )

MOTION FOR ADMISSION *PRO HAC VICE* OF LANCE LIU

[Affiant], undersigned counsel for [Plaintiff/**Defendant**] _____, hereby moves that [Affiant] be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/**Defendant**] _____ in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: 08/29/2025

Respectfully submitted,

*Lance Liu*
[Affiant's name] (Bar. ID NO. _____)
[Affiant's Address/Contact Details]

Counsel for [Plaintiff/**Defendant**]

LANCE LIU
BAR #: 3002946
15 Marutteman Cir.
Southbury, CT 06488
Phone: (203) 706-9536
Email: LanceLiu2000@Gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NINGBO BONNY E-HOME Co., LTD )
)
vs. ) Civil Action No. 2:24-CV-00568
ONDWAY, ET AL. )
)
)

AFFIDAVIT OF LANCE LIU IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, LANCE LIU, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] _____ in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, LANCE LIU, being duly sworn, do hereby depose and say as follows:

1. I am a [Lawyer/Partner/Associate] of the law firm [_____].

2. My business address is 15 Minuteman Cr, Southbury, CT 06488

3. I am a member in good standing of the bar[s] of NEW YORK.

4. My bar identification number(s) [is/are] 3002946.

5. A current certificate of good standing from NEW YORK is attached to this Affidavit as Exhibit 1.

6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:_____: [Insert additional explanation as appropriate.]

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 08/29/2025

*Lance Lee*
[Affiant]

# Exhibit 1



Appellate Division of the Supreme Court
of the State of New York
First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Lance Y Liu

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 1, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on August 28, 2025.

Susanna M Rojas
Clerk of the Court

CertID-00247931



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020